BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Thomas P. O'Brien (State Bar No. 166369)
  tobrien@bgrfirm.com
Jennie Wang VonCannon (State Bar No. 233392)
  jvoncannon@bgrfirm.com
David J. Carroll (State Bar No. 291665)
  dcarroll@bgrfirm.com
Luke A. Fiedler (State Bar No. 307614)
  lfiedler@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

Attorneys for Plaintiffs
Dongyuan Li and Romaldo Marchan Delgado

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGYUAN LI *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ANA *et al.*,<br><br>Defendants. | Case No. 8:20-cv-00068-SB (JDE)<br><br>**DISCOVERY MOTION**<br><br>**NOTICE OF PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY**<br><br>Judge:  Hon. John D. Early<br>Date:   January 14, 2021<br>Time:   10:00 a.m.<br>Crtrm.: 6A<br><br>Fact Disc. Cutoff: Feb. 26, 2021<br>Pretrial Conf.:    June 11, 2021<br>Trial Date:        June 21, 2021 |

1692969.2

Case No. 8:20-cv-00068-SB (JDE)

NOTICE OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY

**TO THE HONORABLE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that, on January 14, 2021, at 10:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 6A of the Ronald Reagan Federal Building and U.S. Courthouse, located at 411 West Fourth St., Santa Ana, California 92701, before the Honorable John D. Early, Plaintiffs Dongyuan Li and Romaldo Marchan Delgado will and hereby do move to compel further responses to the following discovery requests: (1) Requests for Production of Documents to Defendant City of Santa Ana (Set One); (2) Requests for Admissions to Defendant City of Santa Ana (Set One); (3) Requests for Admissions to Defendant Ricky Prieto (Set One); and (4) Requests for Admissions to Defendant Caroline Contreras (Set One).

This motion is made pursuant to Federal Rules of Civil Procedure 26, 34, 36, 37, and Central District of California Local Rule 37.  This motion is based upon this notice, the concurrently-filed joint stipulation in support of Plaintiffs' motion to compel further responses to discovery, the declaration of David J. Carroll and its attached exhibits, the proposed order, the papers and records on file with the Court, and all oral argument or further evidence as the Court may permit.

DATED:  December 23, 2020      Respectfully submitted,

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
  Thomas P. O'Brien
  Jennie Wang VonCannon
  David J. Carroll
  Luke Fiedler

By: ___/s/ David J. Carroll___
  David J. Carroll
Attorneys for Plaintiffs Dongyuan Li and Romaldo Marchan Delgado