**JILL WILLIAMS – State Bar No. 221793**
jwilliams@crdlaw.com
**DANIELLE C. FOSTER – State Bar No. 281385**
dfoster@crdlaw.com
**CARPENTER, ROTHANS & DUMONT**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 (fax)

Attorneys for Defendants City of Santa Ana, Caroline Contreras, and Ricky Prieto

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGYUAN LI, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF SANTA ANA, et al,<br><br>    Defendants. | Case No.: 8:20-cv-00068-SB-JDE<br><br>**INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Filed concurrently with Motion for Partial Summary Judgment and Statement of Uncontroverted Facts]<br><br>DATE: May 7, 2021<br>TIME: 8:30 a.m.<br>COURTROOM: 6C<br><br>**U.S. District Judge**<br>**Hon. Stanley Blumenfeld Jr.** |

COME NOW Defendants City of Santa Ana, Caroline Contreras, and Ricky Prieto, and hereby submit the following Index of Evidence in support of their Motion for Partial Summary Judgment.

///

///

///

# INDEX OF SUPPORTING EVIDENCE

| | |
|---|---|
| Transcript of Deposition of Caroline Contreras | Exhibit "A" |
| Exhibit "2" to Deposition of Caroline Contreras (Map) | Exhibit "B" |
| Declaration of Jaime Manriquez | Exhibit "C" |
| Detention Services Intergovernmental Agreement | Exhibit "D" |
| Transcript of Deposition of Romaldo Delgado | Exhibit "E" |
| Plaintiff Li's Responses to Contreras's Interrogatories | Exhibit "F" |
| Certified Docket for Orange County Case No. 09CF255FA | Exhibit "G" |
| Certified Docket for Orange County Case No. 10CF2331FA | Exhibit "H" |
| Certified Docket for Orange County Case No. 11CF0484FA | Exhibit "I" |
| Criminal Complaint and Affidavit of John Craiger filed in United States District Court Case No. 8:18-cr-00240-DOC | Exhibit "J" |
| Certified Docket for Orange County Case No. 17CF1082FA | Exhibit "K" |
| Minutes of Initial Appearance in United States District Court Case No. 8:18-cr-00240-DOC | Exhibit "L" |

| | |
|---|---|
| 1 | Grand Jury Indictment filed in United States District Court |
| 2 | Case No. 8:19-cv-00016-JVS ............................................................. Exhibit "M" |
| 3 | |
| 4 | Criminal Minutes of Arraignment in United States District Court |
| 5 | Case No. 8:19-cv-00016-JVS ............................................................ Exhibit "N" |
| 6 | |
| 7 | Order of Detention filed in United States District Court Case |
| 8 | No. 8:19-cv-00016-JVS .................................................................... Exhibit "O" |
| 9 | |
| 10 | Transcript of Deposition of William Santa Ana ...................................... Exhibit "P" |
| 11 | |
| 12 | Transcript of Deposition of Ricky Prieto ................................................. Exhibit "Q" |
| 13 | |
| 14 | Plaintiff Delgado's Responses to Contreras's Interrogatories ................ Exhibit "R" |
| 15 | |
| 16 | Judgment and Commitment Order filed in United States District |
| 17 | Court Case No. 8:18-cr-00240-DOC ................................................... Exhibit "S" |
| 18 | |
| 19 | Exhibit "3" to Transcript of Deposition of Ricky Prieto (Video) ........... Exhibit "T" |
| 20 | |
| 21 | Exhibit "4" to Transcript of Deposition of Ricky Prieto (Video) .......... Exhibit "U" |
| 22 | |
| 23 | Transcript of Deposition of Micheline Ghurabi, M.D. ........................... Exhibit "V" |
| 24 | |
| 25 | Transcript of Deposition of Regina Cuenca, D.O. ................................ Exhibit "W" |
| 26 | |
| 27 | Judgment and Commitment Order filed in United States District Court |
| 28 | Case No. 8:19-cv-00016-JVS ............................................................. Exhibit "X" |


Declaration of Danielle C. Foster ........................................................ Exhibit "Y"

DATED: April 5, 2021

CARPENTER, ROTHANS & DUMONT

By: /s/ Danielle Foster
_____
JILL WILLIAMS
DANIELLE C. FOSTER
Attorneys for Defendants City of Santa Ana, Caroline Contreras, and Ricky Prieto