# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: SA CV 20-00068 SB (JDEx) | Date: May 7, 2021 |

**Title:** *Dongyuan Li et al v. City of Santa Ana et al*

**Present: The Honorable  STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| David J. Carroll | Danielle C. Foster |
| Jennie Wang VonCannon | |
| Matthew Kussman | |
| Thomas Peter O'Brien | |

**Proceedings:** VTC HEARING -MOTION for Partial Summary Judgment filed by Defendants City of Santa Ana, Caroline Contreras, Ricky Prieto, Dkt. No. 93; MOTION to Testify at Trial by Contemporaneous Transmission filed by Plaintiff, Dkt. No. 98; and Order to Show Cause Hearing

Hearing held. Counsel presented argument on motion. The motion for summary judgment, Dkt. No. 93, stands submitted. The Court's tentative ruling re Motion to Testify etc., Dkt. No. 98, will become the final order.

Court and counsel confer regarding the Order to Show Cause. The Court will issue a separate order.

Motions 0/30
OSC 0/03